```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 21520
   GINA M NELSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2258


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/15/2008 and was not confirmed.

    The case was dismissed without confirmation 10/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------

INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00           .00
IMAGINE                   UNSECURED       NOT FILED            .00           .00
ASSET ACCEPTANCE          UNSECURED         1271.76            .00           .00
NICOR GAS                 UNSECURED       NOT FILED            .00           .00
LVNV FUNDING LLC          UNSECURED          609.69            .00           .00
ADVANCE AMERICA           UNSECURED       NOT FILED            .00           .00
ASSET ACCEPTANCE          UNSECURED          522.00            .00           .00
T MOBILE                  UNSECURED          504.45            .00           .00
WESTBURY VENTRUES         UNSECURED       NOT FILED            .00           .00
ARM                       UNSECURED       NOT FILED            .00           .00
ARM                       UNSECURED       NOT FILED            .00           .00
TCF BANK                  UNSECURED       NOT FILED            .00           .00
PAY DAY ADVANCES          UNSECURED       NOT FILED            .00           .00
MUNICIPAL COLLECTION SER  UNSECURED          250.00            .00           .00
ARROWHEAD INVESTMENT      UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         2137.69            .00           .00
PLATINUM CAPITAL INVESTM  UNSECURED       NOT FILED            .00           .00
GLOBAL FINANCIAL          UNSECURED       NOT FILED            .00           .00
CASH ADVANCE              UNSECURED       NOT FILED            .00           .00
SPRINT                    UNSECURED       NOT FILED            .00           .00
STERLING & KING INC       UNSECURED       NOT FILED            .00           .00
FIFTH THIRD BANK          UNSECURED       NOT FILED            .00           .00
PHOEBE EMECHEBE           NOTICE ONLY     NOT FILED            .00           .00
T MOBILE                  UNSECURED           80.27            .00           .00
T MOBILE                  UNSECURED          573.34            .00           .00
FINGERHUT DIRECT MARKETI  UNSECURED          185.60            .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21520 GINA M NELSON
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                          .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE